# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

TAVARIS HUNTER,

      Plaintiff,

v.                               Case No. 25-cv-70

DEPARTMENT OF TRANSPORTATION (DOT),

      Defendant.

**DISCLOSURE STATEMENT**
**PURSUANT TO CIVIL LOCAL RULE 7.1**

The undersigned, counsel of record for Plaintiff Tavaris Hunter, hereby furnishes the following list in compliance with Civil Local Rule 7.1 and Fed. R. Civ. P. 7.1:

(a). The full name of every party that the attorney represents in the case:

Tavaris Hunter

(b). If the party or amicus is a corporation:

Its parent corporation, if any.

    Tavaris Hunter is not a corporation.

A list of corporate stockholders which are publicly-held companies owning 10% or more of the stock of the party or amicus.

    Tavaris Hunter is not a corporation.

(c). The names of all law firms whose partners or associates appear for the party or are expected to appear for the party in this court.

The Jeff Scott Olson Law Firm, S.C.

Dated this Tuesday, January 14, 2025.

Respectfully submitted,

Tavaris Hunter,

Plaintiff,

By

THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
Wis. Bar Number 1016284
ANDREA J. FARRELL
Wis. Bar. No. 1064773
1025 Quinn Drive, Suite # 500
Waunakee, WI 53597-2502
Phone: 608 283 6001
Fax: 608 283 0945
E-mail: jsolson@scofflaw.com
ajf@scofflaw.com

/s/ Jeff Scott Olson
_____
Jeff Scott Olson

ATTORNEYS FOR PLAINTIFF

2