IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TAVARIS HUNTER,

    Plaintiff,

v.                          Case No. 2025CV00070

WISCONSIN DEPARTMENT OF
TRANSPORTATION,

    Defendant.

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Wisconsin Department of Transportation, by and through their attorneys, Attorney General Joshua L. Kaul and Assistant Attorney General Katherine C. Polich, answers the Plaintiff's Complaint as follows:

### I. NATURE OF ACTION

101. Defendant ALLEGES there are no factual allegations to which to respond. To the extent a response is required, Defendant DENIES.

### II. JURISIDCTION AND VENUE

**a. Jurisdiction**

201. Defendant ADMITS jurisdiction is proper, subject to Defendant's claim of sovereign immunity as detailed below.

**b. Venue**

202. Defendant ADMITS venue is proper.

### III. PARTIES

### a. Plaintiff

301. Defendant ADMITS Plaintiff is employed by the Wisconsin Department of Transportation (Transportation) Division of State Patrol (State Patrol) as a Trooper; lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore, DENIES.

### b. Defendant

302. Defendant ADMITS.

## IV. ALLEGATIONS OF FACT AS TO ALL CAUSES OF ACTION

401. Defendant ADMITS.

402. Defendant ADMITS.

403. Defendant ADMITS.

404. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.[1]

405. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

406. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

407. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

---

[1] The allegations cite to a transcript that is not attached to the Complaint. Defendant therefore lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES and puts Plaintiff to his proof.

2

408. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

409. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

410. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

411. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

412. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

413. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

414. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

415. Defendant ADMITS.

416. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

417. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

418. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

3

419.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

420.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

421.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES. To the extent that this alleges facts beyond Plaintiff's beliefs, Defendant DENIES all discriminatory conduct alleged.

422.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

423.    Defendant ADMITS.

424.    Defendant ADMITS.

425.    Defendant DENIES.

426.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

427.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

428.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

429.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

430. Defendant ADMITS that Plaintiff is African American; Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

431. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

432. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

433. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

434. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

435. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

436. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

437. Defendant DENIES.

438. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

439. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

440. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

441. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

442. Defendant ADMITS that the performance reviews speak for themselves and DENIES any inference that any performance review was influenced by the filing or timing of an ERD complaint.

443. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

444. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

445. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

446. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

447. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

448. Defendant DENIES.

449. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES, and AFFIRMATIVELY ALLEGES that both Sergeant Guyton and Lieutenant Clarke signed Plaintiff's performance review in spring 2016.

450. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

6

451. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

452. Defendant DENIES.

453. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

454. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

455. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES. To the extent that

456. Defendant DENIES allegations that reviews and data were misleading or unfair and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore DENIES.

457. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

458. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

459. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

460. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

461. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

462. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

463. Defendant DENIES.

464. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

465. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

466. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

467. Defendant DENIES any allegations of unfair retaliatory practices or false allegations and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore DENIES.

468. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

469. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

470. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

471. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

472. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

473. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

474. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

475. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

476. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

477. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

478. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

479. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

480. Defendant ADMITS ONLY that messy handwriting alone is insufficient to lead to discipline or termination.

481. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

482. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

483. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

9

484. Defendant ADMITS that Plaintiff did not have documented work rule violations during the PIP period and DENIES any inference that work rule violations are the only basis for a final PIP.

485. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

486. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

487. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

488. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

489. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

490. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

491. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

492. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

493. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

494. Defendant DENIES any allegation of misleading statistics or portrayal and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore DENIES.

495. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

496. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

497. Defendant ADMITS ONLY that the graph speaks for itself, but makes no admission as to the authenticity of the graph.

498. Defendant ADMITS ONLY that the graph speaks for itself, but makes no admission as to the authenticity of the graph.

499. Defendant ADMITS that other midnight shift troopers had 1.65 to 5.76 times Plaintiff's traffic stops per shift; DENIES that the data was used as pretextual support for Plaintiff's termination.

500. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

501. Defendant ADMITS that other midnight shift troopers had 1.22 to 5.2 times Plaintiff's seatbelt enforcement stops per shift; DENIES that the data was used as pretextual support for Plaintiff's termination.

502. Defendant ADMITS ONLY that the graph speaks for itself, but makes no admission as to the authenticity of the graph.

11

503.  Defendant ADMITS that other midnight shift troopers had 2.04 to 9.26 times Plaintiff's speed enforcement stops per shift; DENIES that the data was used as pretextual support for Plaintiff's termination.

504.  Defendant ADMITS ONLY that the graph speaks for itself, but makes no admission as to the authenticity of the graph.

505.  Defendant ADMITS ONLY that the graph speaks for itself, but makes no admission as to the authenticity of the graph.

506.  Defendant DENIES any inference that the termination was improper and lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore DENIES.

507.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

508.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

509.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

510.  Defendant ADMITS ONLY that the graph speaks for itself, but makes no admission as to the authenticity of the graph.

511.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

512.  Defendant DENIES.

513.  Defendant DENIES.

514. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

515. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

516. Defendant DENIES that supervisors allowed the HR team to believe inaccurate data; Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore DENIES.

517. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

518. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

519. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

520. Defendant DENIES that Plaintiff's reports were used as pretextual excuses to terminate Plaintiff; Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore DENIES.

521. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

522. Defendant DENIES that Plaintiff was "nitpicked;" Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore DENIES.

523. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

524. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

525. Defendant ADMITS ONLY that Plaintiff complained that he complained he was being discriminated against and DENIES any allegations of discrimination, misrepresentation, unfairness or retaliation.

526. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

527. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

528. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

529. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

530. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

531. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

532. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

533. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

534. Defendant DENIES.

535. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

536. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

537. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

538. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

539. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

540. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

541. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

542. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

543. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

544. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

545. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

546. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

547. Defendant DENIES.

548. Defendant DENIES.

549. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

550. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

551. Defendant DENIES.

552. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

553. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

554. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

555. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

556. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

557. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

558. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

559. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

560. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

561. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

562. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

563. Defendant DENIES that the presented data was misleading; Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore DENIES.

564. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, and therefore DENIES.

565. Defendant ADMITS that Plaintiff received half back pay; Defendant DENIES remaining allegations.

566. Defendant ADMITS.

567. Defendant ADMITS only that the ERD made determinations; lacks knowledge or information sufficient to form a belief about the truth about the remaining allegations and therefore DENIES; Defendant DENIES remaining allegations.

568. Defendant ADMITS.

569. Defendant ADMITS.

570. Defendant ADMITS that the ERD did not find discrimination or retaliation; Defendant DENIES that the ERD erred.

571. Defendant ADMITS.

572. Defendant ALLEGES that Plaintiff's assertions set forth a legal conclusion to which no response is required; Defendant DENIES that any of plaintiff's rights were violated.

## V.    VIOLATIONS OF LAW

601. Defendant ALLEGES that Plaintiff's assertions set forth a legal conclusion to which no response is required; Defendant DENIES that any of plaintiff's rights were violated.

602. Defendant ALLEGES that Plaintiff's assertions set forth a legal conclusion to which no response is required; Defendant DENIES that any of plaintiff's rights were violated.

## VI.   RELIEF

### A. DAMAGES

701. Defendant DENIES Plaintiff is entitled to any of the relief that he seeks.

## VII.  CONDITIONS PRECEDENT

801.  Defendant ALLEGES that Plaintiff's assertions set forth a legal conclusion to which no response is required; Defendant DENIES that any of plaintiff's rights were violated.

## VIII.  DEMAND FOR JURY TRIAL

901.  Defendant joins in Plaintiff's demand for a trial by jury.

## IX.  PRAYER FOR RELIEF

Defendant DENIES Plaintiff is entitled to any of the relief that he seeks.

## AFFIRMATIVE DEFENSES

1.  All or portions of Plaintiff's complaint fail to state a claim upon which relief can be granted.

2.  Defendant is entitled to sovereign immunity.

3.  Defendant's actions were taken for legitimate, non-discriminatory reasons and not for any unlawful reasons.

4.  Plaintiff was not qualified to perform all of the essential functions of the position at issue.

5.  Plaintiff's proposed relief and/or accommodations would impose an undue burden or hardship on Defendant.

6.  Defendant's established qualification standards, tests, or selection criteria that were job related and consistent with business necessity, and Plaintiff's performance of these standards could not have been accomplished by a reasonable accommodation.

19

7. At all times relevant to matters alleged in Plaintiff's complaint, the Defendant acted in good faith and in accordance with established laws and administrative rules.

8. Any damages sustained by Plaintiff were caused by intervening or superseding causes over which these answering defendant had no control, including but not limited to acts or omissions of Plaintiff himself.

9. Plaintiff has failed to mitigate his damages.

10. Plaintiff's claims may be barred by the applicable statute of limitations. Defendant reserves the right to name additional affirmative defenses, as they may become known through further discovery or otherwise in this action.

Dated: March 24, 2025.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Katherine C. Polich
KATHERINE C. POLICH
Assistant Attorney General
State Bar #1065796

Attorneys for Defendant

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-7163
(608) 294-2907 (Fax)
polichkc@doj.state.wi.us